# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ORLY TAITZ,
    Plaintiff,

v.

BARACK HUSSEIN OBAMA,
    Defendant.

§
§
§
§
§
§
§
§
§
§

Civil Action 10-151 (RCL)

**FILED**

APR 1 4 2010

U.S. DISTRICT COURT

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that

The Defendant's motion [18] to dismiss the first amended complaint it GRANTED; and it is further ORDERED

That the plaintiff's motion for a preliminary injunction [8] is DENIED as moot; and it is further ORDERED

That the defendant's motion [13] for leave to file an opposition to Christopher Strunk's motion to intervene is GRANTED; and it is further ORDERED

That Christopher Strunk's motion [6] to intervene is DENIED; and it is further ORDERED that

Plaintiff's motion [17] to consolidate this case with an action currently pending in the United States District Court for the Northern District of Florida is DENIED.

This case now stands DISMISSED.

1

THIS IS A FINAL APPEALABLE ORDER.  *See* Federal Rule of Appellate Procedure 4.

**SO ORDERED** this 14th day of April 2010.

ROYCE C. LAMBERTH
Chief Judge
United States District Court